E-FILED
Wednesday, 04 March, 2015  04:35:23 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| DR. MARK W. STURDY d/b/a ROCHESTER VETERINARY CLINIC on behalf of Plaintiff and the class members defined herein,<br><br>Plaintiff,<br><br>vs.<br><br>FORTIS BUSINESS SOLUTIONS, INC., d/b/a VETERINARY PRACTICE SOLUTIONS, and JOHN DOES 1-10,<br><br>Defendant. | Civil Action No.  3:14-cv-03207-SEM-TSH |

## NOTICE OF SETTLEMENT

Plaintiff Mark W. Sturdy d/b/a Rochester Veterinary Clinic ("Plaintiff") and Defendant Fortis Business Solutions, Inc. d/b/a Veterinary Practice Solution ("Fortis") (collectively, the "Parties") have reached an individual settlement agreement and expect to file a stipulation of dismissal within the next 45 days.

Consequently, the Parties jointly request that the Court enter an Order striking the following dates:

(1) the March 6, 2015 deadline by which the Parties are to file their notice of intention to participate in settlement conference via video conference;

(2) the March 9, 2015 deadline by which Plaintiff is to respond to Defendant's Motion to Dismiss;

(3) the Hearing on Plaintiff's Motion to Certify Class scheduled for March 23, 2015 11:00 a.m.; and

(4) the settlement conference scheduled for March 17, 2015 at 10:00 a.m. entered on February 13, 2015.

Respectfully submitted,

 s/ Dulijaza (Julie) Clark                    s/ Jeffrey N. Rosenthal
Dulijaza (Julie) Clark                        Jeffrey N. Rosenthal

| | |
|---|---|
| Daniel A. Edelman<br>**EDELMAN, COMBS, LATTURNER<br>& GOODWIN, LLC**<br>20 S. Clark Street, Suite 1500<br>Chicago, Illinois  60603<br>Telephone: (312) 739-4200<br>Facsimile: (312) 419-0379<br>*Counsel for Plaintiff Dr. Mark W. Sturdy<br>d/b/a Rochester Veterinary Clinic* | Ana Tagvoryan<br>Joshua Briones<br>**BLANK ROME LLP**<br>2029 Century Park East, 6th Floor<br>Telephone: (424) 239-3465<br>Facsimile: (424) 239-3690<br>*Counsel for Defendant Fortis Business Solutions,<br>Inc. d/b/a Veterinary Practice Solutions* |

## **CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, certify that on March 4, 2015, I caused a true and accurate copy of the foregoing document to be filed, via the Court's CM/ECF system, and to be served, on the following parties:

| | |
|---|---|
| **Joshua Briones** | **Jeffrey N Rosenthal** |
| **Ana Tagvoryan** | BLANK ROME LLP |
| BLANK ROME LLP | One Logan Square |
| 6th Floor | 130 North 18th Street |
| 2029 Century Park East | Philadelphia, PA 19103 |
| Los Angeles, CA 90067 | 215-569-5500 |
| 424-239-3400 | 215-832-5553 (fax) |
| 424-239-3434 (fax) | rosenthal-j@blankrome.com |
| jbriones@blankrome.com | |
| atagvoryan@blankrome.com | |

**Stephen W. Heil**
CRAY HUBER HORSTMAN HEIL & VANAUSDAL LLC
Suite 2200
303 W Madison St
Chicago, IL 60606
312-332-8450
312-332-8451 (fax)
swh@crayhuber.com

                                                                                   */s/ Dulijaza Clark*
                                                                                   Daniel A. Edelman
                                                                                   Cathleen M. Combs
                                                                                  Dulijaza Clark
                                                                                  EDELMAN, COMBS, LATTURNER
                                                                                                  & GOODWIN, LLC
                                                                                  20 S. Clark Street, Suite 1500
                                                                                  Chicago, Illinois 60603
                                                                                 (312) 739-4200
                                                                                 (312) 419-0379 (FAX)