## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| DR. MARK W. STURDY d/b/a ROCHESTER VETERINARY CLINIC on behalf of Plaintiff and the class members defined herein,<br><br>      Plaintiff,<br><br>vs.<br><br>FORTIS BUSINESS SOLUTIONS, INC., d/b/a VETERINARY PRACTICE SOLUTIONS, and JOHN DOES 1-10,<br><br>      Defendant. | Civil Action No.  3:14-cv-03207-SEM-TSH |

### STIPULATION TO DISMISS

  NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs.  Putative class members' claims are dismissed without prejudice and with each party bearing its own costs.  This stipulation of dismissal disposes of the entire action.

                 Respectfully submitted,

| | |
|---|---|
| *s/ Dulijaza (Julie) Clark*<br>Dulijaza (Julie) Clark<br>Daniel A. Edelman<br>**EDELMAN, COMBS, LATTURNER**<br>    **& GOODWIN, LLC**<br>20 S. Clark Street, Suite 1500<br>Chicago, Illinois  60603<br>Telephone: (312) 739-4200<br>Facsimile: (312) 419-0379<br><br>*Counsel for Plaintiff Dr. Mark W. Sturdy d/b/a Rochester Veterinary Clinic* | *s/Jeffrey N. Rosenthal*<br>Jeffrey N. Rosenthal<br>Ana Tagvoryan<br>Joshua Briones<br>**BLANK ROME LLP**<br>2029 Century Park East, 6th Floor<br>Telephone: (424) 239-3465<br>Facsimile: (424) 239-3690<br><br>*Counsel for Defendant Fortis Business Solutions, Inc. d/b/a Veterinary Practice Solutions* |

**CERTIFICATE OF SERVICE**

   I, Dulijaza Clark, certify that on April 17, 2015, I electronically filed the preceding with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following registered users:

| | |
|---|---|
| **Joshua Briones** | **Jeffrey N Rosenthal** |
| **Ana Tagvoryan** | BLANK ROME LLP |
| BLANK ROME LLP | One Logan Square |
| 6th Floor | 130 North 18th Street |
| 2029 Century Park East | Philadelphia, PA 19103 |
| Los Angeles, CA 90067 | 215-569-5500 |
| 424-239-3400 | 215-832-5553 (fax) |
| 424-239-3434 (fax) | rosenthal-j@blankrome.com |
| jbriones@blankrome.com | |
| atagvoryan@blankrome.com | |

**Stephen W. Heil**
CRAY HUBER HORSTMAN HEIL & VANAUSDAL LLC
Suite 2200
303 W Madison St
Chicago, IL 60606
312-332-8450
312-332-8451 (fax)
swh@crayhuber.com

                  /s/ *Dulijaza Clark*
                  Daniel A. Edelman
                  Cathleen M. Combs
                  Dulijaza Clark
                  EDELMAN, COMBS, LATTURNER
                     & GOODWIN, LLC
                  20 S. Clark Street, Suite 1500
                  Chicago, Illinois  60603
                  (312) 739-4200
                  (312) 419-0379 (FAX)